IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., et al.<br><br>Defendants. | Case No. 1:06 CV 01917<br><br>Judge Gladys Kessler |

## UNCONTESTED MOTION FOR ADMISSION PRO HAC VICE
## OF RAJ N. SHAH

Defendants in the above captioned matter file this uncontested motion pursuant to Local Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro hac vice* admission of Raj N. Shah and in support thereof state as follows:

1. Raj N. Shah is an associate at the law firm DLA Piper US LLP. Mr. Shah's office is located at 203 North LaSalle Street, Chicago, IL, and his telephone number is (312) 368-8904. *See* Exhibit A.

2. Mr. Shah is a member in good standing of the Bar of the State of Illinois. Mr. Shah has not been denied admission nor has he been disciplined by any Court. *See* Exhibit A.

3. Defendants have retained DLA Piper US LLP and requested that Lawrence A. Wojcik serve as lead trial counsel in this matter. Mr. Wojcik has requested that Mr. Shah assist him. *See* Exhibit A.

4. Mr. Shah has not been admitted *pro hac vice* in this Court within the last two years. *See* Exhibit A.

5. Defendants respectfully request that this motion be granted so that Mr. Shah may attend and participate in all matters on behalf of Defendants and otherwise engage in pre-trial, trial, and post-trial proceedings in connection with this litigation.

6. This motion is made by Edward S. Scheideman, III, who is a member in good standing of this Bar.

7. Counsel for Defendants has conferred with counsel for Plaintiff and counsel for Plaintiff has no objection to this Motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting their motion and admitting Mr. Shah *pro hac vice* for the purpose of representing Defendants in this matter.

Respectfully submitted,

_____
Edward S. Scheideman, III, D.C. Bar No. 475128

DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
Tel: (202) 861-3900
Fax: (202) 223-2085

Attorney for Defendants

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED AIR LINES, INC., et al. )<br><br>Defendants. ) | Case No. 1:06 CV 01917<br><br>Judge Gladys Kessler |

## CERTIFICATION OF RAJ N. SHAH

1. I am an associate at the law firm of DLA Piper US LLP. My office is located at 203 North LaSalle Street, Chicago, IL 60601, and my telephone number is (312) 368-8904.

2. I am a member in good standing of the Bar of the State of Illinois.

3. I have not been denied admission nor disciplined by any court.

4. Defendants have retained DLA Piper US LLP and requested that Lawrence A. Wojcik serve as lead trial counsel in this matter.

5. Lawrence A. Wojcik has requested that I assist him in this representation.

6. I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Raj N. Shah

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated, </br></br>         Plaintiffs, </br></br> v. </br></br> UNITED AIR LINES, INC., et al. </br></br>         Defendants. | Case No. 1:06 CV 01917 </br></br> Judge Gladys Kessler |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion for Admission *Pro Hac Vice* of Raj N. Shah, and the Court having considered the matter and good cause having been shown, it is hereby

ORDERED that Raj N. Shah be admitted *pro hac vice* for the purpose of representing Defendants in the above-captioned matter.

_____
Judge Gladys Kessler
United States District Court Judge

Date: _____, 2006