## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | Case No. 1:06 CV 01917 Judge Gladys Kessler |
| v. | ) ) ) | |
| UNITED AIR LINES, INC., et al. | ) ) ) | |
| Defendants. | ) ) | |

### UNCONTESTED MOTION FOR ADMISSION PRO HAC VICE
### OF LAWRENCE A. WOJCIK

Defendants in the above captioned matter file this uncontested motion pursuant to Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro hac vice* admission of Lawrence A. Wojcik and in support thereof state as follows:

1.      Lawrence A. Wojcik is a partner of the law firm of DLA Piper US LLP.  Mr. Wojcik's office is located at 203 N. LaSalle Street, Chicago, IL, his telephone number is (312) 368-4000.  *See* Exhibit A.

2.      Mr. Wojcik is a member in good standing of the Bar of the State of Illinois.  Mr. Wojcik has not been denied admission nor has he been disciplined by any Court.  *See* Exhibit A.

3.      Defendants have retained DLA Piper US LLP and requested that Lawrence A. Wojcik serve as lead trial counsel in this matter.  *See* Exhibit A.

4.      Mr. Wojcik has not been admitted *pro hac vice* in this Court within the last two years.  *See* Exhibit A.

5.    Defendants respectfully request that this motion be granted so that Mr. Wojcik may attend and participate in all matters on behalf of Defendants and otherwise engage in pre-trial, trial and post-trial proceedings in connection with this litigation.

6.    This motion is made by Edward S. Scheideman III, who is a member in good standing of this Bar.

7.    Counsel for Defendants has conferred with counsel for Plaintiff and counsel for Plaintiff has no objection to this Motion.

WHEREFORE, Defendants respectfully request that this Court enter an Order granting their motion and admitting Mr. Wojcik *pro hac vice* for the purpose of representing Defendants in this matter.

Respectfully submitted,

Edward S. Scheideman III D.C. Bar No. 475128

DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036
Tel:    (202) 861-3900
Fax:    (202) 223-2085

Attorney for Defendants

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated, ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED AIR LINES, INC., et al. ) ) Defendants. ) ) | Case No. 1:06 CV 01917 Judge Gladys Kessler |

### CERTIFICATION OF LAWRENCE A. WOJCIK

1.      I am a partner at the law firm of DLA Piper US LLP.  My office is located at 203 N. LaSalle Street, Chicago, IL  60601, and my telephone number is (312) 368-4000.

2.      I am a member in good standing of the Bar of the State of Illinois.

3.      I have not been denied admission nor disciplined by any court.

4.      Defendants have retained DLA Piper US LLP and requested me to serve as lead trial counsel in this matter.

5.      I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Lawrence A. Wojcik

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARA WEXLER, on behalf of herself<br>and all others similarly situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>UNITED AIR LINES, INC., et al. )<br><br>Defendants. ) | Case No. 1:06 CV 01917<br>Judge Gladys Kessler |

## ORDER

AND NOW, this _____ day of _____, 2006, upon consideration of Defendants' Motion for Admission Pro Hac Vice of Lawrence A. Wojcik, and the Court having considered the matter and good cause having been shown, it is hereby

ORDERED that Lawrence A. Wojcik be admitted *pro hac vice* for the purpose of representing Defendants in the above-captioned matter.

_____
Judge Gladys Kessler
United States District Court Judge

Date: _____, 2006

CHGO1\30865538.1