IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA WEXLER, on behalf of herself )
and all others similarly situated, )
) Case No. 1:06 CV 01917
Plaintiffs, )
) Judge Gladys Kessler
v. )
)
UNITED AIR LINES, INC. (a Delaware )
Corporation), and UAL Corporation (a Delaware )
Corporation), )
)
Defendants. )

**DEFENDANTS, UNITED AIR LINES, INC. AND UAL
CORPORATION'S SUPPLEMENT TO CITATION IN MOTION
TO DISMISS AND MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, United Air Lines, Inc. and UAL Corporation (collectively "UAL"), by and through their attorneys, hereby respectfully submit this Supplement to Citation In Motion to Dismiss ("Motion") and Memorandum of Points and Authorities In Support of Motion to Dismiss Plaintiff's Complaint ("Memorandum") and state as follows:

(1)  On November 16, 2006, defendants timely filed their Motion and Memorandum in support of dismissing the Complaint. In the Motion at paragraph 9, page 4, and in the Memorandum at pages 9 and 11 (footnote 6), the defendants cite to the decision Cruz v. Am. Airlines, Inc., No. 96-CV-2817, 1997 WL 33441909 (D.D.C. Oct. 24, 1997).[1] Defendants' counsel discovered that they had inadvertently omitted a subsequent history in the Cruz decision.

(2)  Accordingly, defendants respectfully offer the complete citation which should have been included in the initial citation in both the Motion and Memorandum. The proper

1

citation should read, Cruz v. Am. Airlines, Inc., No. 96-CV-2817, 1997 WL 33441909 (D.D.C. Oct. 24, 1997), vacated on other grounds, 193 F.3d 526 (D.C. Cir. 1999) (holding common-law claims preempted by the Warsaw Convention without reaching the question of ADA preemption).[2]

(3)    Defendants and their counsel offer their sincere regret to the Court and to plaintiff and her counsel, as a result of the foregoing.

Respectfully submitted,

_____
Edward S. Scheideman (D.C. Bar No. 475128)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
(202) 861-3900
(202) 223-2085 (fax)

Counsel for Defendants United Air Lines, Inc. and UAL Corporation

Of Counsel:

Lawrence A. Wojcik (admitted pro hac vice)
Raj N. Shah (admitted pro hac vice)
DLA Piper US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000
(312) 236-7516 (fax)

---

[1]    A copy of this decision was included in an Addendum of Unreported Cases submitted yesterday along with these moving papers.

[2]    Though not relevant for citation purposes, the Supreme Court denied certiorari in Cruz, 529 U.S. 1144 (2000). The case was subsequently remanded and the district court's opinion on remand can be found at 150 F. Supp. 2d 103 (D.D.C. 2001). That decision was appealed and the D.C. Circuit affirmed at 356 F.3d 320 (D.C. Cir. 2004). These related decisions did not consider the question of preemption under the ADA.

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of November, 2006, a true and correct copy of the foregoing Defendants, United Air Lines, Inc., and UAL Corporation's Supplement to Citation in Motion to Dismiss and Memorandum of Points and Authorities in Support of Motion to Dismiss Plaintiff's Complaint was served by electronic filing to the following:

> Nat N. Polito, Esquire
> Law Offices of Nat N. Polito, P.C.
> 1776 K Street, N.W.
> Suite 200
> Washington, D.C. 20006-2333
>
> Attorneys for Plaintiffs

and by first-class, postage prepaid mail to the following:

> Peter M. Morgenstern, Esquire
> Eric B. Fisher, Esquire
> Laura J. Lefkowitz, Esquire
> Morgenstern, Jacobs & Blue, LLC
> 885 Third Avenue
> New York, New York 10022
>
> Of Counsel for Plaintiffs

_____
Edward S. Scheideman