**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SARA WEXLER, on behalf of herself, | ) | |
| and all other similarly situated, | ) | |
| | ) | **Case No. 06-01917** |
| Plaintiffs, | ) | **Judge: Gladys Kessler** |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED AIR LINES, INC. and | ) | |
| UAL CORPORATION, | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S UNCONTESTED MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT AND
DEFENDANTS' NOTICE OF REMOVAL, AND EXTENSION OF TIME FOR
DEFENDANTS TO FILE THEIR OPPOSITION TO ANY MOTION FOR REMAND
AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Plaintiff, by her undersigned counsel, pursuant to Rule 6(b) of the Federal Rules of Civil

Procedure, respectfully requests an extension until December 15, 2006 of Plaintiff's time to

respond to Defendants' Motion to Dismiss and Defendants' Notice of Removal, and an

extension, up to and including December 29, 2006, for Defendants to file their Opposition to any

Motion for Remand and their Reply in support of their pending Motion to Dismiss.  In support of

this Motion, Plaintiff states:

1.       On October 20, 2006, Plaintiff commenced this action in the Superior Court of the

District of Columbia, Civil Division.  On November 9, 2006, Defendants removed the action to

this Court.  Thereafter, on November 16, 2006, Defendants filed a Motion to Dismiss Plaintiff's

Complaint.  Plaintiff's response to the notice of removal is due on December 11, 2006.

Plaintiff's response to the motion to dismiss is due on November 27, 2006.[1]

---

[1]       Pursuant to 28 U.S.C. § 1447(c), a party has thirty days to respond to removal pursuant to §
1446(a).  Local Rule 7 of the Rules of the United States District Court for the District of Columbia provides a party
eleven days to serve its opposition to a motion.

2.      Given the complexity of the legal issues raised by the motion to dismiss and the removal of this action, including questions of federal preemption and the new jurisdictional provisions of the Class Action Fairness Act, and the press of business before the Thanksgiving holiday weekend, Plaintiff respectfully requests that the Court extend the time, up to and including December 15, 2006, for Plaintiff to respond to Defendants' motion to dismiss and notice of removal.

3.      Plaintiff further requests that the Court extend the time, up to and including December 29, 2006, for Defendants to file their Opposition to any Motion to Remand, and file any Reply in support of their pending Motion to Dismiss.

4.      This Motion is not brought for the purpose of delay and will not prejudice any party.

## POINTS AND AUTHORITIES

1.      The record herein.

2.      Rule 6(b) F.R.Civ.P.

## CERTIFICATE OF GOOD FAITH

Counsel for United Air Lines, Inc. and UAL Corporation do not oppose the relief sought by this Motion.

WHEREFORE, the Plaintiff requests that Plaintiff have until December 15, 2006 to file her response to the Notice of Removal and Defendants' Motion to Dismiss, and that Defendants

have until December 29, 2006 to file their Opposition to any Motion For Remand and Reply in support of their pending Motion to Dismiss.

Dated: November 22, 2006

                            Respectfully submitted,

                            _____/s/_____

                            Nat N. Polito (#453365)
                            Law Offices of Nat N. Polito, PC
                            1776 K Street, N.W., Suite 200
                            Washington, DC.  20006
                            (202) 463-0110 (voice)
                            (202) 463-0116 (facsimile)

                            *Attorney for Sara Wexler*

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of November, 2006, a copy of the foregoing Motion and proposed Order was sent, by first-class mail, postage prepaid, to:

Edward S. Scheideman, Esquire
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036-2412

                            _____/s/_____
                            Nat N. Polito

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| SARA WEXLER, on behalf of herself, and all other similarly situated, | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 06-01917 Judge: Gladys Kessler |
| v. | ) ) ) | |
| UNITED AIR LINES, INC. and UAL CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER GRANTING EXTENSION OF TIME TO FILE RESPONSE
TO MOTION TO DISMISS AND NOTICE OF REMOVAL, AND EXTENSION OF
TIME FOR DEFENDANTS TO FILE THEIR OPPOSITION TO ANY MOTION FOR
REMAND AND REPLY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS**

Upon consideration of Plaintiff's Uncontested Motion for an Extension of Time to File a

Response to Defendants' Motion to Dismiss and Notice of Removal, And Extension of Time For

Defendants to File Their Opposition to Any Motion For Remand And Reply in Support of

Defendants' Motion to Dismiss, it is by this Court this _____ November, 2006, Ordered that

Plaintiff's Motion is GRANTED, and it is further

ORDERED, that Plaintiff's Response to Defendants' Motion to Dismiss and Notice of

Removal shall be filed on or before December 15, 2006; and it is further

ORDERED, that Defendants shall have up to and including December 29, 2006 to file

their Opposition to any Motion For Remand and their Reply in support of their pending Motion

to Dismiss Plaintiff's Complaint.

_____
Judge Gladys Kessler
 U.S. District Court for the
District of Columbia

Copies to:

Nat N. Polito, Esquire
Law Offices of Nat N. Polito, PC
1776 K Street, N.W., Suite 200
Washington, D.C. 20006

Edward S. Scheideman, Esquire
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C.  20036-2412