IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC. (a Delaware Corporation), and UAL Corporation (a Delaware Corporation),<br><br>Defendants. | Case No. 1:06 CV 01917<br><br>Judge Gladys Kessler |

**DEFENDANTS, UNITED AIR LINES, INC. AND UAL CORPORATION'S DISCLOSURE OF CORPORATE AFFILIATION AND FINANCIAL INTERESTS PURSUANT TO LOCAL RULE 7.1**

Defendants, United Air Lines, Inc. and UAL Corporation, by their attorneys, hereby submit the Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

1. I, the undersigned, counsel of record for, defendants United Air Lines, Inc. and UAL Corporation, pursuant to LCvR 7.1 certify that to the best of my knowledge and belief, the following is the only parent company, subsidiary or affiliate of United Air Lines, Inc. or UAL Corporation which has any outstanding securities in the hands of the public.

2. Defendant United Air Lines is a subsidiary of the holding company, UAL Corporation, which has outstanding securities in the hands of the public.

3. These representations are made in order that the Judge of this Court may determine the need for recusal.

_____
Edward S. Scheideman (D.C. Bar No. 475128)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
(202) 861-3900
(202) 223-2085 (fax)

Counsel for Defendants United Air Lines, Inc. and UAL Corporation

Of Counsel:

Lawrence A. Wojcik (admitted pro hac vice)
Raj N. Shah (admitted pro hac vice)
DLA Piper US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000
(312) 236-7516 (fax)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., et al.<br><br>Defendants. | Case No. 1:06 CV 01917 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of November, 2006, a true and correct copy of the foregoing Defendants, United Air Lines, Inc. and UAL Corporation's Disclosure of Corporate Affiliation and Financial Interests Pursuant to Local Rule 7.1 was served via electronic filing to the following:

>Nat N. Polito, Esq.
>Law Offices of Nat N. Polito, PC
>1776 K Street, N.W.
>Suite 200
>Washington, D.C. 20006
>
>Attorneys for Plaintiffs

and by first-class, post pre-paid mail to the following:

>Peter M. Morgenstern, Esq.
>Eric B. Fisher, Esq.
>Laura J. Lefkowitz, Esq.
>Morgenstern, Jacobs & Blue, LLC
>885 Third Avenue
>New York, New York 10022
>
>Of Counsel for Plaintiffs

Edward S. Scheideman

WASH1\4851701.1
41043501-1010