IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED AIR LINES, INC., et al.<br><br>　　　　　　Defendants. | Case No. 1:-6 CV 01917<br><br>Judge Gladys Kessler |

**UNCONTESTED MOTION FOR ADMISSION PRO HAC VICE
OF ERIC B. FISHER**

　　　　Plaintiff in the above captioned matter files this uncontested motion pursuant to Local Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro have vice* admission of Eric B. Fisher and in support thereof states as follows:

　　　　1.　　　Eric B. Fisher is a partner of the law firm of Morgenstern Jacobs & Blue, LLC. Mr. Fisher's office is located at 885 Third Avenue, New York, New York, 10022, and his telephone number is (212) 750-6776.  *See* Exhibit A.

　　　　2.　　　Mr. Fisher is a member in good standing of the Bar of the State of New York. Mr. Fisher has not been denied admission nor has he been disciplined by any Court.  *See* Exhibit A.

　　　　3.　　　Plaintiff has retained Morgenstern Jacobs & Blue, LLC and requested that Eric B. Fisher serve as lead trial counsel in the matter.  *See* Exhibit A.

4. Mr. Fisher has not been admitted *pro hac vice* in this Court within the last two years. *See* Exhibit A.

5. Plaintiff respectfully requests that this motion be granted so that Mr. Fisher may attend and participate in all matters on behalf of Plaintiff and otherwise engage in pre-trial, trial, and post-trial proceedings in connection with this litigation.

6. This motion is made by Nat N. Polito, who is a member in good standing of this Bar.

7. Counsel for Plaintiff has conferred with counsel for Defendants and counsel for Defendants has no objection to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting her motion and admitting Mr. Fisher *pro hac vice* for the purpose of representing Plaintiff in this matter.

Respectfully submitted,

  /s/ Nat. N. Polito
Nat N. Polito, D.C. Bar. No. 453365
Law Offices of Nat N. Polito, PC
1776 K Street, NW, Suite 200
Washington, DC 20006-2333
(202) 463-0110

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIR LINES, INC., et al.<br><br>　　　　　　　　Defendants. | Case No. 1:-6 CV 01917<br><br>Judge Gladys Kessler |

## CERTIFICATION OF ERIC B. FISHER

1.　　I am a partner at the law firm of Morgenstern Jacobs & Blue, LLC. My office is located at 885 Third Avenue, New York, New York, 10022, and my telephone number (212) 750-6776.

2.　　I am a member in good standing of the Bar of the State of New York.

3.　　I have not been denied admission nor disciplined by any court.

4.　　Plaintiff has retained Morgenstern Jacobs & Blue, LLC and requested that I serve as lead trial counsel in this matter.

5.　　I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Eric B. Fisher*
　　　　　　　　　　　　　　　　　　　　　　　　Eric B. Fisher

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,        ) ) ) ) | |
| Plaintiffs,     ) ) | Case No. 1:-6 CV 01917 |
| ) ) | Judge Gladys Kessler |
| v.     ) ) ) | |
| UNITED AIR LINES, INC., et al.     ) ) ) | |
| Defendants.     ) ) | |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Eric B. Fisher, and the Court having considered the matter and good cause having been shown, it is hereby

ORDERED that Eric B. Fisher be admitted *pro hac vice* for the purpose of representing Plaintiff in the above-captioned matter.

_____
Judge Gladys Kessler
United States District Court Judge

Dated: _____, 2006