IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIR LINES, INC., et al.<br><br>　　　　　　　　　Defendants. | Case No. 1:-6 CV 01917<br><br>Judge Gladys Kessler |

**UNCONTESTED MOTION FOR ADMISSION PRO HAC VICE
OF LAURA J. LEFKOWITZ**

　　Plaintiff in the above captioned matter files this uncontested motion pursuant to Local Rule 83.2 of the Rules of the United States District Court for the District of Columbia for the *pro have vice* admission of Laura J. Lefkowitz and in support thereof states as follows:

　　1.　　Laura J. Lefkowitz is an associate at the law firm of Morgenstern Jacobs & Blue, LLC.  Ms. Lefkowitz's office is located at 885 Third Avenue, New York, New York, 10022, and her telephone number is (212) 750-6776.  *See* Exhibit A.

　　2.　　Ms. Lefkowitz is a member in good standing of the Bar of the State of New York. Ms. Lefkowitz has not been denied admission nor has she been disciplined by any Court.  *See* Exhibit A.

　　3.　　Plaintiff has retained Morgenstern Jacobs & Blue, LLC and requested that Eric B. Fisher serve as lead trial counsel in the matter.  Mr. Fisher has requested that Ms. Lefkowitz assist him.  *See* Exhibit A.

4. Ms. Lefkowitz has not been admitted *pro hac vice* in this Court within the last two years. See Exhibit A.

5. Plaintiff respectfully requests that this motion be granted so that Ms. Lefkowitz may attend and participate in all matters on behalf of Plaintiff and otherwise engage in pre-trial, trial, and post-trial proceedings in connection with this litigation.

6. This motion is made by Nat N. Polito, who is a member in good standing of this Bar.

7. Counsel for Plaintiff has conferred with counsel for Defendants and counsel for Defendants has no objection to this Motion.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order granting her motion and admitting Ms. Lefkowitz *pro hac vice* for the purpose of representing Plaintiff in this matter.

Respectfully submitted,

   */s/ Nat. N. Polito*
Nat N. Polito, D.C. Bar. No. 453365
Law Offices of Nat N. Polito, PC
1776 K Street, NW, Suite 200
Washington, DC 20006-2333
(202) 463-0110

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>UNITED AIR LINES, INC., et al.<br><br>　　　　　　　Defendants. | Case No. 1:-6 CV 01917<br><br>Judge Gladys Kessler |

### CERTIFICATION OF LAURA J. LEFKOWITZ

1.I am an associate at the law firm of Morgenstern Jacobs & Blue, LLC.  My office is located at 885 Third Avenue, New York, New York, 10022, and my telephone number (212) 750-6776.

2.I am a member in good standing of the Bar of the State of New York.

3.I have not been denied admission nor disciplined by any court.

4.Plaintiff has retained Morgenstern Jacobs & Blue, LLC and requested that Eric B. Fisher serve as lead trial counsel in this matter.

5.Eric B. Fisher has requested that I assist him in this representation.

6.I have not been admitted *pro hac vice* in this Court within the last two years.

I declare under penalty of perjury that the foregoing is true and correct.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Laura J. Lefkowitz*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Laura J. Lefkowitz

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>                Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., et al.<br><br>                Defendants. | Case No. 1:-6 CV 01917<br><br>Judge Gladys Kessler |

**ORDER**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's Motion for Admission *Pro Hac Vice* of Laura J. Lefkowitz, and the Court having considered the matter and good cause having been shown, it is hereby

ORDERED that Laura J. Lefkowitz be admitted *pro hac vice* for the purpose of representing Plaintiff in the above-captioned matter.

                                                                                                                      _____
                                                                                                                        Judge Gladys Kessler
                                                                                                                        United States District Court Judge

Dated: _____, 2006