IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARA WEXLER, on behalf of herself
and all others similarly situated,

          Plaintiffs,

v.

UNITED AIR LINES, INC., et al.

          Defendants.

Case No. 1:06-cv-1917

**CONSENT MOTION TO STAY DISCOVERY PENDING DISPOSITION
OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants United Air Lines, Inc. and UAL Corporation, and Plaintiff Sara Wexler, hereby jointly file this Consent Motion to Stay Discovery Pending Disposition of Defendants' Motion to Dismiss Plaintiff's Complaint which is currently pending before the Court and state:

1. On November 9, 2006, Defendants filed with this Court their Notice of Removal whereby this action was removed to this Court from the Superior Court for the District of Columbia.

2. On November 16, 2006, Defendants filed their Motion to Dismiss Plaintiff's Complaint. That Motion is currently pending before the Court and, if granted, will dispose of Plaintiff's claims in their entirety.

3. The parties, pursuant to LCvR 16.3, have conferred with respect to discovery issues and, pursuant to LCvR 16.3(c)(1), have jointly agreed that in the interest of judicial economy, staying all discovery pending disposition of Defendants' Motion to Dismiss Plaintiff's Complaint is warranted.

4. As such, pursuant to LCvR 16.3(c)(1) and Fed. R. Civ. P. 6(b), the parties jointly request that all discovery in this action including, but not limited to, the parties' Rule 16, Rule 26

and Rule 23 obligations be stayed until disposition of Defendants' pending Motion to Dismiss Plaintiff's Complaint.

WHEREFORE, the parties jointly request that the Court grant their Consent Motion to Stay All Discovery Pending Disposition of Defendants' Pending Motion to Dismiss Plaintiff's Complaint and enter an order in the form filed herewith.

## POINTS AND AUTHORITIES

1. Fed. R. Civ. P. 6(b)

2. LCvR 16.3(c)(1)

3. Chavous v. District of Columbia Financial Responsibility and Management Assistance Authority, 201 F.R.D. 1 (D.D.C. 2001)(recognizing that: (1) courts have broad discretion and inherent power to stay discovery until preliminary questions that may dispose of the case are determined, and (2) it is well settled that discovery is generally considered inappropriate while a motion that would be thoroughly dispositive of the claims in the complaint is pending).

## CERTIFICATE OF GOOD FAITH

Counsel for defendants United Air Lines, Inc. and UAL Corporation, and Counsel for plaintiff Sara Wexler have conferred and jointly request that the Court grant the relief requested.

Respectfully submitted,

*[signature]*

Edward S. Scheideman (D.C. Bar No. 475128)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412
(202) 861-3900
(202) 223-2085 (fax)

Counsel for Defendants United Air Lines, Inc.
and UAL Corporation

Of Counsel:

Lawrence A. Wojcik (admitted pro hac vice)
Raj N. Shah (admitted pro hac vice)
DLA Piper US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293
(312) 368-4000
(312) 236- 7516 (fax)

*Nat N. Polito / w/permission /ESS*

Nat N. Polito, Esq. (D.C. Bar No. 453365)
Law Offices of Nat N. Polito, PC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006
(202) 463-0110
(202) 463-0116 (fax)
Attorneys for Plaintiffs

Of Counsel:

Peter M. Morgenstern, Esq. (not yet admitted pro hac vice)
Eric B. Fisher, Esq. (admitted pro hac vice)
Laura J. Lefkowitz, Esq. (admitted pro hac vice)
Morgenstern, Jacobs & Blue, LLC
885 Third Avenue
New York, New York 10022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., et al.<br><br>Defendants. | Case No. 1:06-cv-1917 |

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of December, 2006, a true and correct copy of the foregoing Parties' Consent Motion to Stay Discovery Pending Disposition of Defendants' Motion to Dismiss Plaintiff's Complaint was served via electronic filing to the following:

> Nat N. Polito, Esq.
> Law Offices of Nat N. Polito, PC
> 1776 K Street, N.W.
> Suite 200
> Washington, D.C. 20006
>
> Attorneys for Plaintiffs

and by first-class, post pre-paid mail to the following:

> Peter M. Morgenstern, Esq.
> Eric B. Fisher, Esq.
> Laura J. Lefkowitz, Esq.
> Morgenstern, Jacobs & Blue, LLC
> 885 Third Avenue
> New York, New York 10022
>
> Of Counsel for Plaintiffs

_____
Edward S. Scheideman

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARA WEXLER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED AIR LINES, INC., et al.<br><br>Defendants. | Case No. 1:06-cv-1917 |

### CONSENT ORDER

Upon consideration of the parties Consent Motion to Stay Discovery Pending Disposition of Defendants' Motion to Dismiss Plaintiff's Complaint;

It is this _____ day of _____, 2006 hereby:

ORDERED that all civil discovery in the above-captioned matter including, but not limited to, the parties' Rule 16, 26 and 23 obligations be and hereby are STAYED pending disposition of Defendants' Motion to Dismiss Plaintiff's Complaint; and it is further

ORDERED that discovery shall commence only in the event that Defendants' Motion to Dismiss Plaintiff's Complaint is denied; and it is further

ORDERED that in the event that Defendants' Motion to Dismiss Plaintiff's Complaint is denied, discovery shall proceed and the parties, within 28 days of the date of such denial, shall meet and confer pursuant to LCvR 16.3 and Fed. R. Civ. P. 26(f) and, within 90 days of such denial, the Plaintiff shall move for certification under Fed. R. Civ. P. 23(c)(1) as referenced in LCvR 23.1(b).

Judge Gladys Kessler,
United States District Court
for the District of Columbia

Copies to:

Edward S. Scheideman (D.C. Bar No. 475128)
DLA PIPER US LLP
1200 Nineteenth Street, N.W.
Washington, D.C. 20036-2412

Counsel for Defendants United Air Lines, Inc.
and UAL Corporation

Lawrence A. Wojcik
Raj N. Shah
DLA Piper US LLP
203 North LaSalle Street
Suite 1900
Chicago, Illinois 60601-1293

Of Counsel

Nat N. Polito, Esq. (D.C. Bar No.453365)
Law Offices of Nat N. Polito, PC
1776 K Street, N.W.
Suite 200
Washington, D.C. 20006

Attorneys for Plaintiffs

Peter M. Morgenstern, Esq.
Eric B. Fisher, Esq.
Laura J. Lefkowitz, Esq.
Morgenstern, Jacobs & Blue, LLC
885 Third Avenue
New York, New York 10022

Of Counsel