UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SARA WEXLER, on behalf of herself and all others similarly situated,** : : : | |
| **Plaintiffs,** : : | |
| v. : : | Civil Action No. 06-1917 (GK) |
| **UNITED AIR LINES, INC.,** *et al.*, : : | |
| **Defendants.** : | |

## ORDER

The parties have filed a Consent Motion to Stay Discovery Pending Disposition of Defendants' Motion to Dismiss Plaintiffs' Complaint. Plaintiff filed a Motion to Remand to State Court and Opposition to Motion to Dismiss. Obviously, the two Motions are related and need to be decided at the same time, after the newest Motion becomes ripe. The Court understands the desire of the parties to have a legal issue decided before undertaking the expense of discovery. However, the Court also wants the parties to understand that this case is one of the newest on the docket, since it was filed barely one month ago on November 9. It stands to reason that the two pending Motions, one of which is not even ripe yet, will be extremely new Motions on the calendar. The parties should understand that while the Court will get to the Motions in a timely fashion, those Motions cannot be given preference over others that have been pending longer. **WHEREBY** it is hereby

**ORDERED**, that all discovery in the above-captioned matter is stayed pending disposition of Defendants' Motion to Dismiss and Plaintiffs' Motion to Remand to State Court.

December 15, 2006                             /s/
                                              Gladys Kessler
                                              United States District Judge

**Copies via ECF to all counsel of record**