UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
SARA WEXLER, on behalf of     )
herself, and all others       )
similarly situated,           )
                              )
        Plaintiff,            )
                              )
   v.                         )    Civil Action No. 06-01917 (GK)
                              )
UNITED AIR LINES, INC.,       )
et al.,                       )
                              )
        Defendants.           )
_____)
```

**O R D E R**

    This is a putative class action, brought by Plaintiff Sara Wexler, on behalf of herself and all others similarly situated, against Defendants United Air Lines, Inc. and UAL Corporation (collectively "UAL").  Wexler alleges that UAL's conduct violated the District of Columbia Consumer Protection Procedures Act ("DCCPPA"), D.C. Code § 28-3905 (2006), and constituted fraud, negligence, breach of contract, and unjust enrichment.

    Plaintiff originally brought this action in the Superior Court for the District of Columbia.  UAL removed the action to this Court pursuant to 28 U.S.C. §§ 1441 and 1446, alleging three independent bases of federal subject matter jurisdiction: (1) federal question jurisdiction under 28 U.S.C. § 1331; (2) diversity jurisdiction under 28 U.S.C. § 1332(a); and (3) diversity jurisdiction under the 2005 Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).

    This matter is before the Court on Plaintiff's Motion to

Remand **[Dkt. No. 12]**, pursuant to 28 U.S.C. § 1447(c), and UAL's Motion to Dismiss for Failure to State a Claim, pursuant to Fed. R. Civ. P. 12(b)(6) **[Dkt. No. 4]**. Upon consideration of the parties' papers and the entire record herein, and for the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Plaintiff's Motion to Remand **[Dkt. No. 12]** is **granted**, and UAL's Motion to Dismiss **[Dkt. No. 4]** is **denied as moot.** The case is **remanded** to the Superior Court for the District of Columbia.


July 31, 2007                    /s/
                                 Gladys Kessler
                                 United States District Judge



**Copies to**: **Attorneys of record via ECF**